# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-21-00687-CV

**R. C. C. and N. T., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
NO. 19,1739, THE HONORABLE DWIGHT E. PESCHEL, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

The Department of Family and Protective Services has filed a motion for extension to file its appellee brief in response to N.T.'s brief, which was filed on May 10, 2022. We grant the Department's motion in part and extend its deadline until June 2, 2022. Further, we order that the deadline for N.T. to file any reply brief is June 9, 2022. No further extensions will be granted.

It is ordered on May 25, 2022.

Before Justices Goodwin, Baker and Triana